IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scaletta Jr, Paul F | Case Number: 04 B 08180 |
|---|---|---|
| | Scaletta, Rita | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 4/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: September 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,926.37 | |
| Secured: | | 11,850.08 |
| Unsecured: | | 6,981.44 |
| Priority: | | 0.00 |
| Administrative: | | 985.00 |
| Trustee Fee: | | 1,103.83 |
| Other Funds: | | 6.02 |
| Totals: | 20,926.37 | 20,926.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 985.00 | 985.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 11,850.08 | 11,850.08 |
| 5. | Capital One | Unsecured | 1,253.02 | 1,253.02 |
| 6. | Bank One Delaware | Unsecured | 2,415.63 | 2,415.63 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 541.17 | 541.17 |
| 8. | Lord & Taylor | Unsecured | 368.37 | 368.37 |
| 9. | Resurgent Capital Services | Unsecured | 701.29 | 701.29 |
| 10. | World Financial Network Nat'l | Unsecured | 126.17 | 126.17 |
| 11. | Resurgent Capital Services | Unsecured | 1,139.68 | 1,139.68 |
| 12. | Specialized Management Consultants | Unsecured | 436.11 | 436.11 |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Cingular Wireless | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 17. | Gateway | Unsecured | | No Claim Filed |
| 18. | Retailers National Bank | Unsecured | | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 20. | Scholastic Inc | Unsecured | | No Claim Filed |
| 21. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 22. | Target | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,816.52 | $ 19,816.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scaletta Jr, Paul F | Case Number: 04 B 08180 |
|---|---|---|
| | Scaletta, Rita | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | Filed: 4/22/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 237.90 |
| 4% | 76.80 |
| 3% | 28.80 |
| 5.5% | 211.20 |
| 5% | 96.00 |
| 4.8% | 133.83 |
| 5.4% | 319.30 |
| | _____ |
| | $ 1,103.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

